# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152585

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICKEY OMAR HAMILTON,
     Defendant-Appellant.

SC: 152585
COA: 328702
Isabella CC: 2014-001473-FH

_____/

     On order of the Court, the application for leave to appeal the September 15, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2016



Clerk

s0524